# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EFRAIN ASCENCIO | § | Case No. 1:09-20440-ERW |
| MARIBEL SANTOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/04/2009 . The undersigned trustee was appointed on 06/04/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | | |
|---|---|---|---|
| 4. The trustee realized gross receipts of | | $ | 283,333.33 |
| Funds were disbursed in the following amounts: | | | |
| Payments made under an interim disbursement | | | 0.00 |
| Administrative expenses | | | 145,330.61 |
| Bank service fees | | | 0.00 |
| Other payments to creditors | | | 0.00 |
| Non-estate funds paid to 3rd Parties | | | 0.00 |
| Exemptions paid to the debtor | | | 15,000.00 |
| Other payments to the debtor | | | 0.00 |
| Leaving a balance on hand of[1] | | $ | 123,002.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/19/2010 and the deadline for filing governmental claims was 05/19/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,900.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 14,900.10 , for a total compensation of $ 14,900.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 54.34 , for total expenses of $ 54.34 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2015        By:/s/N. Neville Reid, Trustee
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-20440 | | Judge: | Eugene R. Wedoff | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | EFRAIN ASCENCIO | ERW | | | Date Filed (f) or Converted (c): | 06/04/2009 (f) |
| | MARIBEL SANTOS | | | | 341(a) Meeting Date: | 07/17/2009 |
| For Period Ending: | 08/11/2015 | | | | Claims Bar Date: | 05/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE (u) 6613 S. Kolin Avenue, Chicago, IL 60629 - (Debtors primary residence) | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS Checking account with CitiBank. | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS Big/Flat Screen TV, DVD Play, VCR/Camcorder, Sofa, Loveseat, Table/Chairs, Small Appliances, Washer/Dryer, Work Rools, Lawn Mower, BBQ | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY Earrings, watch, jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 7. CONTINGENT CLAIMS - WC WC Claim attorney is Marvin A. Brustin, 100 W. Monroe, Suite 500, Chicago, IL 60603, 312.263.1250, no claim filed at this time. 820 ILCS 305/21 | Unknown | 0.00 | | 0.00 | FA |
| 8. TAX REFUND 2008 Tax Refund | 812.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLE - Ford 1999 Ford Explorer with 145k miles. [J] | 900.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-20440 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | EFRAIN ASCENCIO | | | | | Date Filed (f) or Converted (c): | 06/04/2009 (f) |
| | MARIBEL SANTOS | | | | | 341(a) Meeting Date: | 07/17/2009 |
| For Period Ending: | 08/11/2015 | | | | | Claims Bar Date: | 05/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. CONTINGENT CLAIMS - PI (u) | Unknown | Unknown | | 283,333.33 | FA |
| PI claim attorney is Ken Nix, 100 W. Monroe, Ste. 500, Chicago, IL 60603 | | | | | |
| 11. VEHICLE - Toyota | 575.00 | 0.00 | | 0.00 | FA |
| 1991 Toyota Pickup with 125k miles. [J] | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $169,337.00 | $0.00 | | $283,333.33 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2015: Settled personal injury case and paid exemption in March/April 2015. Case is fully administered. TFR and other related pleadings to close case are pending and should be filed by June 1, 2015.

Initial Projected Date of Final Report (TFR): 06/30/2011     Current Projected Date of Final Report (TFR): 06/30/2015

Page: 1

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20440  
Case Name: EFRAIN ASCENCIO / MARIBEL SANTOS  
Taxpayer ID No: XX-XXX5226  
For Period Ending: 08/11/2015  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXX0745 Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/15 | 10 | Country Mutual Insurance Company P.O. Box 2100 Bloomington, IL 61702-2100 | Settlement Proceeds [PI Claim] Personal Injury Settlement (106-0032833) for Policy Holder "JMS Concrete" Date of Loss: 1/9/2008 on behalf of Efrain Ascencio. [Special Counsel: Brustin & Lundblad, Ltd.] | 1142-000 | $283,333.33 | | $283,333.33 |
| 03/26/15 | 101 | Arthur B. Levine Company Adams Levine Surety Bond Agency 60 East 42nd Street, Room 965 New York, New York 10165 212-986-7470 | Chpt 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $108.88 | $283,224.45 |
| 04/02/15 | 102 | Kenneth R. Nix Brustin & Lundblad, Ltd. 10 North Dearborn, 7th Fl. Chicago, IL 60602 312-702-0934 | Special Counsel Fees and Expenses for Personal Injury Claim per [Dkt 57] entered on 4-1-15 Reversal Called Brustin & Lundblad's office 312-702-0934 and learned Kenneth R. Nix is no longer there. Need to reissue in the name of the firm only. | | | ($145,221.73) | $428,446.18 |
| | | Brustin & Lundblad, Ltd. | Fees $141,652.50 | 3210-000 | | ($141,652.50) | |
| | | Brustin & Lundblad, Ltd. | Expenses $3,569.23 | 3220-000 | | ($3,569.23) | |
| 04/02/15 | 102 | Kenneth R. Nix Brustin & Lundblad, Ltd. 10 North Dearborn, 7th Fl. Chicago, IL 60602 312-702-0934 | Special Counsel Fees and Expenses for Personal Injury Claim per [Dkt 57] entered on 4-1-15 Fees: $141,652.50 Expenses: $3,569.23 | | | $145,221.73 | $283,224.45 |
| | | Brustin & Lundblad, Ltd. | Fees | 3210-000 | | ($141,652.50) | |
| | | Brustin & Lundblad, Ltd. | Expenses | 3220-000 | | ($3,569.23) | |

Page Subtotals: $283,333.33 $108.88

UST Form 101-7-TFR (5/1/2011) (Page 5)

Page: 2

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20440
Case Name: EFRAIN ASCENCIO / MARIBEL SANTOS
Taxpayer ID No: XX-XXX5226
For Period Ending: 08/11/2015

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0745 Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/02/15 | 103 | Brustin & Lundblad<br>10 North Dearborn St., 7th Floor<br>Chicago, IL 60602<br>312-702-0934 | Special Counsel Fees and Expenses for the personal injury claim per [Dkt 57] entered on 4-1-15<br>Fees: $141,652.50<br>Expenses: $3,569.23 | | | $145,221.73 | $138,002.72 |
| | | Brustin & Lundblad, Ltd. | Fees ($141,652.50) | 3210-000 | | | |
| | | Brustin & Lundblad, Ltd. | Expenses ($3,569.23) | 3220-000 | | | |
| 05/27/15 | 104 | Efrain Ascencio<br>6613 SouthKolin Avenue<br>Chicago, IL 60629 | Personal Injury Exemption Proceeds of $15,000.00 Personal Injury Settlement (106-0032833) for Policy Holder "JMS Concrete" Date of Loss: 1/9/2008 on behalf of Efrain Ascencio. [Special Counsel: Brustin & Lundblad, Ltd.] | 8100-002 | | $15,000.00 | $123,002.72 |
| | | | COLUMN TOTALS | | $283,333.33 | $160,330.61 | |
| | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
| | | | Subtotal | | $283,333.33 | $160,330.61 | |
| | | | Less: Payments to Debtors | | $0.00 | $15,000.00 | |
| | | | Net | | $283,333.33 | $145,330.61 | |

Page Subtotals: $0.00 $160,221.73

UST Form 101-7-TFR (5/1/2011) *(Page 6)*

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0745 - Checking | $283,333.33 | $145,330.61 | $123,002.72 |
| | $283,333.33 | $145,330.61 | $123,002.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $283,333.33
Total Gross Receipts: $283,333.33

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-20440-ERW
Debtor Name: EFRAIN ASCENCIO
Claims Bar Date: 5/19/2010

Date: August 11, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Efrain Ascencio<br>6613 S. Kolin Avenue<br>Chicago IL 60629 | Administrative | | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $14,900.10 | $14,900.10 |
| 100 2200 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $54.34 | $54.34 |
| 100 3210 | Ltd. Brustin & Lundblad<br>100 S. Dearborn St., 7th Floor<br>Chicago, IL 60602 | Administrative | | $0.00 | $141,652.50 | $141,652.50 |
| 100 3210 | THOMAS E. SPRINGER<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $10,397.50 | $10,397.50 |
| 100 3220 | Ltd. Brustin & Lundblad<br>100 S. Dearborn St., 7th Floor<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,569.23 | $3,569.23 |
| 100 3220 | THOMAS E. SPRINGER<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $219.70 | $219.70 |
| 1 300 7100 | Chase Bank USA, N.A.<br>CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $0.00 | $11,001.77 | $11,001.77 |
| 2 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $18,332.67 | $18,332.67 |

Page 1                                                    Printed: August 11, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-20440-ERW
Debtor Name: EFRAIN ASCENCIO
Claims Bar Date: 5/19/2010

Date: August 11, 2015

| # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | FIA Card Services, NA/Bank of America<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Unsecured | | $0.00 | $19,995.24 | $19,995.24 |
| 4<br>350<br>7200 | PRA RECEIVABLES MANAGEMENT, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Union<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $2,613.51 | $2,613.51 |
| 5<br>350<br>7200 | Resurgent Capital Services<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>Telephone number: (877) 264-5884<br>email: askbk@resurgent.com | Unsecured | | $8,288.63 | $8,288.63 | $8,288.63 |
| | Case Totals | | | $23,288.63 | $246,025.19 | $246,025.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:09-20440-ERW
Case Name: EFRAIN ASCENCIO
MARIBEL SANTOS
Trustee Name: N. Neville Reid, Trustee

Balance on hand $ 123,002.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 14,900.10 | $ 0.00 | $ 14,900.10 |
| Trustee Expenses: N. NEVILLE REID | $ 54.34 | $ 0.00 | $ 54.34 |
| Attorney for Trustee Fees: Ltd. Brustin & Lundblad | $ 141,652.50 | $ 141,652.50 | $ 0.00 |
| Attorney for Trustee Expenses: Ltd. Brustin & Lundblad | $ 3,569.23 | $ 3,569.23 | $ 0.00 |
| Other: THOMAS E. SPRINGER | $ 10,397.50 | $ 0.00 | $ 10,397.50 |
| Other: THOMAS E. SPRINGER | $ 219.70 | $ 0.00 | $ 219.70 |

Total to be paid for chapter 7 administrative expenses $ 25,571.64
Remaining Balance $ 97,431.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 10)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,329.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 11,001.77 | $ 0.00 | $ 11,001.77 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $ 18,332.67 | $ 0.00 | $ 18,332.67 |
| 3 | FIA Card Services, NA/Bank of America | $ 19,995.24 | $ 0.00 | $ 19,995.24 |
| | Total to be paid to timely general unsecured creditors | | $ | 49,329.68 |
| | Remaining Balance | | $ | 48,101.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,902.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | PRA RECEIVABLES MANAGEMENT, LLC | $ 2,613.51 | $ 0.00 | $ 2,613.51 |
| 5 | Resurgent Capital Services | $ 8,288.63 | $ 0.00 | $ 8,288.63 |

Total to be paid to tardy general unsecured creditors     $ 10,902.14

Remaining Balance     $ 37,199.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,867.85 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 35,331.41 .

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*