# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-20440 |
| EFRAIN ASCENCIO and | ) | |
| MARIBEL SANTOS, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | **Date: September 15, 2015** |
| | ) | **Time: 10:00 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **August 14, 2015**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation** [Dkt. 62]; **Trustee's Final Application for Compensation** [Dkt. 60]; and the **Final Application for Compensation with Coversheet for Thomas E. Springer, Esq.** [Dkt. 61 ], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.


*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Nathan J Reusch on behalf of Debtor Efrain Ascencio
nreusch@rsmalaw.com

Nathan J Reusch on behalf of Joint Debtor Maribel Santos
nreusch@rsmalaw.com

Thomas E Springer on behalf of Trustee N. Neville Reid
tspringer@springerbrown.com, jkrafcisin@springerbrown.com

Gloria C Tsotsos on behalf of Creditor CITIMORTGAGE, INC.
nd-two@il.cslegal.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

Allstate Insurance
Bankruptcy Department
75 Executive Pkwy
Hudson, OH 44237-0001

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. BOX 3001
Malvern, PA 19355-0701

AMEX
Attn: Bankruptcy Department
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

AT&T
Bankruptcy Department
1585 Waukegan Road
Waukegan, IL 60085-6727

Bank of America
Attn: Bankruptcy Department
P.O. Box 17054
Wilmington, DE 19884-0001

CCA
Bankruptcy Department
P.O. Box 806
Norwell, MA 02061-0806

Chase Bank USA
Michael Fine
131 S. Dearborn St., Floor 5
Chicago, IL 60603-5520

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Circuit Court of Cook County
Clerk of the Court
131 S. Dearborn St., Floor 5
Chicago, IL 60603-5517

CITI
Attn: Bankruptcy Department
P.O. Box 6241
Sioux Falls, SD 57117-6241

Citimortgage Inc.
Attn: Bankruptcy Department
P.O. Box 9438
Gaithersburg, MD 20898-9438

CITIMORTGAGE, INC.
c/o Codilis and Associates
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Fia Card Services, NA/Bank of America
c/o American Infosource LP, Agent
P.O. Box 248809
Oklahoma City, OK 73124-8809

HSBC
Attn: Bankruptcy Department
P.O. Box 5253
Carol Stream, IL 60197-5253

Maribel Santos
6613 S. Kolin Ave.
Chicago, IL 60629-5645

Nathan J Reusch
JRQ & Associates, LLC
73 W. Monroe, Suite 220
Chicago, IL 60603-4910

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

PRA Receivables Management, LLC
Agent Of Portfolio Recovery Assocs.
P.O. Box 41067
Norfolk VA 23541-1067

Chase
Attn: Bankruptcy Department
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Chase
Attn: Bankruptcy Department
P.O. Box 901039
Fort Worth, TX 76101-2039

Credit Collection Services
Bankruptcy Department
Two Wells Ave.
Newton, MA 02459-3225

Efrain Ascencio
6613 S. Kolin Ave.
Chicago, IL 60629-5645