# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § §
§
EFRAIN ASCENCIO § Case No. 1:09-20440-ERW
MARIBEL SANTOS §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on September 15, 2015 in Courtroom 680 at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604

Date Mailed: 08/14/2015          By: /s/ N. Neville Reid
                                         Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
EFRAIN ASCENCIO § Case No. 1:09-20440-ERW
MARIBEL SANTOS §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 283,333.33 |
| and approved disbursements of | $ | 160,330.61 |
| leaving a balance on hand of[1] | $ | 123,002.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 15,684.31 | $ 0.00 | $ 14,900.10 |
| Trustee Expenses: N. NEVILLE REID | $ 54.34 | $ 0.00 | $ 54.34 |
| Attorney for Trustee Fees: Ltd. Brustin & Lundblad | $ 141,652.50 | $ 141,652.50 | $ 0.00 |
| Attorney for Trustee Expenses: Ltd. Brustin & Lundblad | $ 3,569.23 | $ 3,569.23 | $ 0.00 |
| Other: THOMAS E. SPRINGER | $ 10,397.50 | $ 0.00 | $ 10,397.50 |
| Other: THOMAS E. SPRINGER | $ 219.70 | $ 0.00 | $ 219.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 25,571.64 |
| Remaining Balance | $ | 97,431.08 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,329.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 11,001.77 | $ 0.00 | $ 11,001.77 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $ 18,332.67 | $ 0.00 | $ 18,332.67 |
| 3 | FIA Card Services, NA/Bank of America | $ 19,995.24 | $ 0.00 | $ 19,995.24 |
| | Total to be paid to timely general unsecured creditors | | $ | 49,329.68 |
| | Remaining Balance | | $ | 48,101.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,902.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | PRA RECEIVABLES MANAGEMENT, LLC | $ 2,613.51 | $ 0.00 | $ 2,613.51 |
| 5 | Resurgent Capital Services | $ 8,288.63 | $ 0.00 | $ 8,288.63 |

Total to be paid to tardy general unsecured creditors        $       10,902.14

Remaining Balance        $       37,199.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,867.85 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 35,331.41 .

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Efrain Ascencio
Maribel Santos
    Debtors

Case No. 09-20440-ERW
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1              Page 1 of 1                   Date Rcvd: Aug 17, 2015
                              Form ID: pdf006              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2015.
db/jdb         +Efrain Ascencio,    Maribel Santos,    6613 S. Kolin Ave,    Chicago, IL 60629-5645
14005115       +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14005118       +AT&T,   Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
14005116        Allstate Insurance,    Bankruptcy Department,    75 Executive Pkwy,    Hudson, OH 44237-0001
15228777        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14005114       +Bank of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14005119       +CCA,   Bankruptcy Department,    PO Box 806,    Norwell, MA 02061-0806
14005110       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14005108       +Chase,   Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
14005111       +Chase,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14005112       +Chase Bank USA,    Michael Fine,    131 S Dearborn St, Fl 5,    Chicago, IL 60603-5520
15180349        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14005113       +Circuit Court of Cook County,    Clerk of the Court,    131 S Dearborn St, Fl 5,
                 Chicago, IL 60603-5517
14005107       +Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
14005109       +HSBC,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15605593       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Union,
                 POB 41067,    Norfolk VA 23541-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14005117       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 18 2015 01:32:01
                 Credit Collection Services,    Bankruptcy Department,    Two Wells Ave.,    Newton, MA 02459-3225
15562202        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2015 03:57:58
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,
                 PO Box 248809,    Oklahoma City, OK  73124-8809
15605593       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2015 01:33:55
                 PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Union,
                 POB 41067,    Norfolk VA 23541-1067
23225143       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2015 01:26:03
                 PYOD, LLC its successors,    assigns as assignee of Citibank, N.A.,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Kenneth R Nix,    The Law Firm of Brustin & Lundblad LTD
aty            The Law Firm of Springer Brown Covey Gaertner & Da
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2015 at the address(es) listed below:
         Elizabeth A. Bates    on behalf of Trustee N. Neville Reid ebates@springerbrown.com,
          jkrafcisin@springerbrown.com;iprice@springerbrown.com
         Gloria C Tsotsos    on behalf of Creditor   CITIMORTGAGE, INC. nd-two@il.cslegal.com
         N. Neville Reid   nreid@fslc.com, nreid@ecf.epiqsystems.com
         N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com, bkdocket@fslc.com,
          kmcfarland@fslc.com
         Nathan J Reusch    on behalf of Joint Debtor Maribel  Santos nreusch@rsmalaw.com
         Nathan J Reusch    on behalf of Debtor Efrain  Ascencio nreusch@rsmalaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Thomas E Springer    on behalf of Trustee N. Neville Reid tspringer@springerbrown.com,
          jkrafcisin@springerbrown.com
                                                                                              TOTAL: 8
```