UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| EFRAIN ASCENCIO | § | Case No. 09-20440 |
| MARIBEL SANTOS | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 131,675.00 *(Without deducting any secured claims)* | Assets Exempt: 52,662.00 |
| Total Distributions to Claimants: 62,099.67 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 170,557.35 | |

3) Total gross receipts of $ 283,333.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 50,676.31 (see **Exhibit 2**), yielded net receipts of $ 232,657.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 170,557.35 | 170,557.35 | 170,557.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,288.63 | 60,231.82 | 60,231.82 | 62,099.67 |
| **TOTAL DISBURSEMENTS** | $ 8,288.63 | $ 230,789.17 | $ 230,789.17 | $ 232,657.02 |

 4) This case was originally filed under chapter 7 on 06/04/2009 . The case was pending for 84 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/09/2016            By:/s/N. Neville Reid, Trustee
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS - PI | 1142-000 | 283,333.33 |
| **TOTAL GROSS RECEIPTS** | | **$ 283,333.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ascencio, Efrain | Exemptions | 8100-002 | 15,000.00 |
| EFRAIN ASCENCIO and MARIBEL SANTOS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 35,676.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 50,676.31** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 14,900.10 | 14,900.10 | 14,900.10 |
| N. NEVILLE REID | 2200-000 | NA | 54.34 | 54.34 | 54.34 |
| Arthur B. Levine Company | 2300-000 | NA | 108.88 | 108.88 | 108.88 |
| Ltd. Brustin & Lundblad | 3210-000 | NA | 141,652.50 | 141,652.50 | 141,652.50 |
| THOMAS E. SPRINGER | 3210-000 | NA | 10,082.50 | 10,082.50 | 10,082.50 |
| Ltd. Brustin & Lundblad | 3220-000 | NA | 3,569.23 | 3,569.23 | 3,569.23 |
| THOMAS E. SPRINGER | 3220-000 | NA | 189.80 | 189.80 | 189.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 170,557.35 | $ 170,557.35 | $ 170,557.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 18,332.67 | 18,332.67 | 18,332.67 |
| 1 | Chase Bank USA, N.A. | 7100-000 | NA | 11,001.77 | 11,001.77 | 11,001.77 |
| 3 | FIA Card Services, NA/Bank of America | 7100-000 | NA | 19,995.24 | 19,995.24 | 19,995.24 |
| 4 | PRA RECEIVABLES MANAGEMENT, LLC | 7200-000 | NA | 2,613.51 | 2,613.51 | 2,613.51 |
| 5 | Resurgent Capital Services | 7200-000 | 8,288.63 | 8,288.63 | 8,288.63 | 8,288.63 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 568.51 |
| | Chase Bank USA, N.A. | 7990-000 | NA | NA | NA | 341.18 |
| | FIA Card Services, NA/Bank of America | 7990-000 | NA | NA | NA | 620.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PRA RECEIVABLES MANAGEMENT, LLC | 7990-000 | NA | NA | NA | 81.05 |
| | Resurgent Capital Services | 7990-000 | NA | NA | NA | 257.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,288.63 | $ 60,231.82 | $ 60,231.82 | $ 62,099.67 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-20440 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | EFRAIN ASCENCIO | | | | Date Filed (f) or Converted (c): | 06/04/2009 (f) |
| | MARIBEL SANTOS | | | | 341(a) Meeting Date: | 07/17/2009 |
| For Period Ending: | 05/09/2016 | | | | Claims Bar Date: | 05/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE                    (u)  6613 S. Kolin Avenue, Chicago, IL 60629 - (Debtors primary residence) | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  Checking account with CitiBank. | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS  Big/Flat Screen TV, DVD Play, VCR/Camcorder, Sofa, Loveseat, Table/Chairs, Small Appliances, Washer/Dryer, Work Rools, Lawn Mower, BBQ | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES  Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL  Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY  Earrings, watch, jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 7. CONTINGENT CLAIMS - WC  WC Claim attorney is Marvin A. Brustin, 100 W. Monroe, Suite 500, Chicago, IL 60603, 312.263.1250, no claim filed at this time.  820 ILCS 305/21 | Unknown | 0.00 | | 0.00 | FA |
| 8. TAX REFUND  2008 Tax Refund | 812.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLE - Ford  1999 Ford Explorer with 145k miles. [J] | 900.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-20440 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EFRAIN ASCENCIO | | | | Date Filed (f) or Converted (c): | 06/04/2009 (f) |
| | MARIBEL SANTOS | | | | 341(a) Meeting Date: | 07/17/2009 |
| For Period Ending: | 05/09/2016 | | | | Claims Bar Date: | 05/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. CONTINGENT CLAIMS - PI   (u) | Unknown | Unknown | | 283,333.33 | FA |
| PI claim attorney is Ken Nix, 100 W. Monroe, Ste. 500, Chicago, IL 60603 | | | | | |
| 11. VEHICLE - Toyota | 575.00 | 0.00 | | 0.00 | FA |
| 1991 Toyota Pickup with 125k miles. [J] | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $169,337.00 | $0.00 | | $283,333.33 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2015: Settled personal injury case and paid exemption in March/April 2015. Case is fully administered. TFR and other related pleadings to close case are pending and should be filed by June 1, 2015.

Case Status March 23, 2016: Case fully administered and all distributions have been made. Will file TDR by April 30, 2016.

Initial Projected Date of Final Report (TFR): 06/30/2011          Current Projected Date of Final Report (TFR): 06/30/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-20440 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: EFRAIN ASCENCIO | Bank Name: Associated Bank |
| MARIBEL SANTOS | Account Number/CD#: XXXXXX0745 |
| | Checking |
| Taxpayer ID No: XX-XXX5226 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/15 | 10 | Country Mutual Insurance Company<br>P.O. Box 2100 Bloomington, IL 61702-2100 | Settlement Proceeds [PI Claim]<br><br>Personal Injury Settlement (106-0032833) for Policy Holder "JMS Concrete"  Date of Loss: 1/9/2008 on behalf of Efrain Ascencio.  [Special Counsel: Brustin & Lundblad, Ltd.] | 1142-000 | $283,333.33 | | $283,333.33 |
| 03/26/15 | 101 | Arthur B. Levine Company<br>Adams Levine<br>Surety Bond Agency<br>60 East 42nd Street, Room 965<br>New York, New York  10165<br><br>212-986-7470 | Chpt 7 Blanket Bond Premium (Feb. 1, 2015 to Feb. 1, 2016) for Bond Number 10BSBGR6291 | 2300-000 | | $108.88 | $283,224.45 |
| 04/02/15 | 102 | Kenneth R. Nix<br>Brustin & Lundblad, Ltd.<br>10 North Dearborn, 7th Fl.<br>Chicago, IL  60602<br><br>312-702-0934 | Special Counsel Fees and Expenses for Personal Injury Claim per [Dkt 57] entered on 4-1-15 Reversal<br>Called Brustin & Lundblad's office 312-702-0934 and learned Kenneth R. Nix is no longer there.  Need to reissue in the name of the firm only. | | | ($145,221.73) | $428,446.18 |
| | | Brustin & Lundblad, Ltd. | Fees                        $141,652.50 | 3210-000 | | | |
| | | Brustin & Lundblad, Ltd. | Expenses              $3,569.23 | 3220-000 | | | |
| 04/02/15 | 102 | Kenneth R. Nix<br>Brustin & Lundblad, Ltd.<br>10 North Dearborn, 7th Fl.<br>Chicago, IL  60602<br><br>312-702-0934 | Special Counsel Fees and Expenses for Personal Injury Claim per [Dkt 57] entered on 4-1-15<br>Fees:     $141,652.50<br>Expenses:  $3,569.23 | | | $145,221.73 | $283,224.45 |
| | | Brustin & Lundblad, Ltd. | Fees                      ($141,652.50) | 3210-000 | | | |
| | | Brustin & Lundblad, Ltd. | Expenses              ($3,569.23) | 3220-000 | | | |

Page Subtotals: $283,333.33    $108.88

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20440 | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- |
| Case Name: | EFRAIN ASCENCIO | Bank Name: | Associated Bank |
|  | MARIBEL SANTOS | Account Number/CD#: | XXXXXX0745 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5226 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/09/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/02/15 | 103 | Brustin & Lundblad<br>10 North Dearborn St., 7th Floor<br>Chicago, IL 60602<br><br>312-702-0934 | Special Counsel Fees and Expenses for the personal injury claim per [Dkt 57] entered on 4-1-15<br>Fees:    $141,652.50<br>Expenses:  $3,569.23 |  |  | $145,221.73 | $138,002.72 |
|  |  | Brustin & Lundblad, Ltd. | Fees                                 ($141,652.50) | 3210-000 |  |  |  |
|  |  | Brustin & Lundblad, Ltd. | Expenses                          ($3,569.23) | 3220-000 |  |  |  |
| 05/27/15 | 104 | Efrain Ascencio<br>6613 SouthKolin Avenue<br>Chicago, IL  60629 | Personal Injury Exemption Proceeds of $15,000.00 Personal Injury Settlement (106-0032833) for Policy Holder "JMS Concrete"  Date of Loss: 1/9/2008 on behalf of Efrain Ascencio.  [Special Counsel: Brustin & Lundblad, Ltd.] | 8100-002 |  | $15,000.00 | $123,002.72 |
| 09/17/15 | 105 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | $14,900.10 | $108,102.62 |
| 09/17/15 | 106 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL  60606 | Expenses | 2200-000 |  | $54.34 | $108,048.28 |
| 09/17/15 | 107 | THOMAS E. SPRINGER<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 |  | $10,082.50 | $97,965.78 |
| 09/17/15 | 108 | THOMAS E. SPRINGER<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 |  | $189.80 | $97,775.98 |

Page Subtotals:                                                                                                            $0.00           $185,448.47

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-20440 | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | EFRAIN ASCENCIO | Bank Name: | Associated Bank |
|  | MARIBEL SANTOS | Account Number/CD#: | XXXXXX0745 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5226 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/15 | 109 | Chase Bank USA, N.A.<br>CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $11,342.95 | $86,433.03 |
| | | | ($341.18) | 7990-000 | | | |
| | | Chase Bank USA, N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($11,001.77) | 7100-000 | | | |
| 09/17/15 | 110 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $18,901.18 | $67,531.85 |
| | | | ($568.51) | 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($18,332.67) | 7100-000 | | | |
| 09/17/15 | 111 | FIA Card Services, NA/Bank of America<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $20,615.31 | $46,916.54 |
| | | | ($620.07) | 7990-000 | | | |
| | | FIA Card Services, NA/Bank of America | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($19,995.24) | 7100-000 | | | |
| 09/17/15 | 112 | PRA RECEIVABLES MANAGEMENT, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Union<br>POB 41067<br>Norfolk, VA  23541 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $2,694.56 | $44,221.98 |
| | | | ($81.05) | 7990-000 | | | |

Page Subtotals: $0.00  $53,554.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-20440 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: EFRAIN ASCENCIO | Bank Name: Associated Bank |
| MARIBEL SANTOS | Account Number/CD#: XXXXXX0745 |
| | Checking |
| Taxpayer ID No: XX-XXX5226 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PRA RECEIVABLES MANAGEMENT, LLC | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($2,613.51) 7200-000 | | | |
| 09/17/15 | 113 | Resurgent Capital Services<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC   29602-<br>Telephone number: (877) 264-5884<br>email: askbk@resurgent.com | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $8,545.67 | $35,676.31 |
| | | | | ($257.04) 7990-000 | | | |
| | | Resurgent Capital Services | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($8,288.63) 7200-000 | | | |
| 09/17/15 | 114 | EFRAIN ASCENCIO and MARIBEL SANTOS | Distribution of surplus funds to debtor. | 8200-002 | | $35,676.31 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $283,333.33 | $283,333.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $283,333.33 | $283,333.33 |
| Less: Payments to Debtors | $0.00 | $50,676.31 |
| Net | $283,333.33 | $232,657.02 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $44,221.98 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0745 - Checking | $283,333.33 | $232,657.02 | $0.00 |
|  | $283,333.33 | $232,657.02 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $283,333.33 |
| Total Gross Receipts: | $283,333.33 |

Page Subtotals:  $0.00   $0.00